for the Eastern District of Tennessee. J. B. Cox and Isaac Harr, for plaintiff in error. Jourolmon, Welcker & Hudson, for defendant in error. No opinion. Affirmed, with costs.

---

CRYSTAL SPRINGS LUMBER CO. et al. v. NEW YORK & T. LAND CO. (Circuit Court of Appeals, Fifth Circuit. February 9, 1898.) No. 611. Appeal from the Circuit Court of the United States for the Eastern District of Texas. Hewes T. Gurley, for appellees. Dismissed, pursuant to the twenty-third rule, for failure to print record.

---

E. INGRAHAM CO. v. E. N. WELCH MFG. CO. et al. (Circuit Court of Appeals, Second Circuit. March 1, 1899.) No. 91. Appeal from the Circuit Court of the United States for the District of Connecticut. Edward H. Rogers, for appellant. George P. Bartlett, for appellees. Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges. No opinion. Decree of circuit court affirmed, with costs, on opinion of court below. 87 Fed. 1000.

---

ELLIOTT et al. v. HARRIS. (Circuit Court of Appeals, Sixth Circuit. March 7, 1899.) No. 687. Appeal from the Circuit Court of the United States for the Northern District of Ohio. Taggart, Knappen & Denison, for appellants. A. M. Austin, for appellee. Dismissed, on motion of appellants. See 92 Fed. 374.

---

FARMERS' NAT. BANK OF FINDLAY, OHIO, v. HOSLER et al. (Circuit Court of Appeals, Sixth Circuit. March 21, 1899.) No. 647. Appeal from the Circuit Court of the United States for the Northern District of Ohio. J. A. & E. V. Bope and Aaron Blackford, for appellant. John Poe and Theo. Totten, for appellees. No opinion. Affirmed, with costs.

---

FELTON v. SPIRO. (Circuit Court of Appeals, Sixth Circuit. March 31, 1899.) No. 662. In Error to the Circuit Court of the United States for the Eastern District of Tennessee. Richmond, Chambers & Head and Edward Calston, for plaintiff in error. Ingersoll & Peyton, for defendant in error. No opinion. Affirmed, with costs.

---

FIRST NAT. BANK OF FINDLAY, OHIO, v. HOSLER et al. (Circuit Court of Appeals, Sixth Circuit. March 21, 1899.) No. 646. Appeal from the Circuit Court of the United States for the Northern District of Ohio. J. A. & E. V. Bope and Aaron Blackford, for appellant. John Poe and Theo. Totten, for appellees. No opinion. Affirmed, with costs.

---

GILLIAM et al. v. SOUTHERN TERRA-COTTA WORKS. (Circuit Court of Appeals, Fourth Circuit. March 31, 1899.) No. 292. In Error to the Circuit Court of the United States for the Western District of Virginia. McDowell & Fulton, for plaintiff in error. Fulkerson, Page & Hurt, for defendant in error. No opinion. Judgment affirmed, with costs.

---

HIGHLAND AVE. & BELT R. CO. v. COLUMBIAN EQUIPMENT CO. (Circuit Court of Appeals, Fifth Circuit. February 7, 1898.) No. 595. Appeal